> FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF OHIO

JERRY L. McGLONE II )
Plaintiff, )
) Case No. 15 CV 2251
v. )
) JUDGE CARR
) MAG. JUDGE JAMES R. KNEPP II
Ross Correctional )
Defendant. Inst. ) COMPLAINT
Ex O, - All! ) PRisoner Civil
) Rights

## I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? (YES)   NO

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiffs  JERRY L. McGLONE II
   MEDICAL M-PRActice

   Defendants  Ross Correctional Institution
   Doctor Tedrick Mental Health

2. Court (if federal court, name the district; if state court, name the county):
   United States District Court
   Eastern District
   Columbus, Ohio

09/09kk

3. Docket Number: 2:15-CV-1534

4. Name of judge to whom case was assigned: GREGORY L. FROST

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): yes - yes - NO

6. Approximate date of filing lawsuit: JANUARY 19th 2015

7. Approximate date of disposition: 9-29-15

II. Place of Present Confinement: ToLedo Correctional Inst.

   A. Is there a prisoner grievance procedure in this institution? **YES** NO

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? **YES** NO

   C. If your answer is "yes",

   1. What steps did you take? Informal Complaint Second step grievance No result

   2. What was the result? Drined, No Result

   D. If your answer is "no", explain why not:

   E. If there is no prisoner grievance prcedure in the institution, did you complain to prison authorities? **YES** NO

-2-

F. If your answer is "yes",

1. What steps did you take? Filed to Civil Court of Western District,

2. What was the result? Moved unto another court for another Hearing.

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of the Plaintiff Jerry L. McGlone Jr.

Address T.O.C.I. - 2001 East Central Ave. Toledo, Ohio - 43608

(In item B below, place the full name of the defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Use item C for the names, positions and places of employment of any additional defendants.)

B. Defendant Ross Correctional Unit is employed as Correctional Department at Chillicothe, Ohio.

C. Additional Defendants

Doctor Jedrick Mental Health
Lt. Corell at R.C.I.

IV. Statement of Claim

(State here the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite

August 4th 2010

① Doctor Jedrick gave me Meds that gave me a Heart attack that Kill me

② Lt. Corell told the Doctors to give me a High Dose of Meds to Kill me. - Heart attack.

any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separated paragraph. Use as much space as you need. Attach extra sheet(s) if necessary.)

① The Civil Rights Act 42 U.S.C. 1983
② Medical Malpractice of Doctor Iodrick Mental Health Doctor. Medical Doctor gave me Backburn Pain Pell's with High Dose of Litium that Kill me with a serious Heart attack that Kill me and Now I suffer with a bad Heart High Blood and Had to get a stint Put in My Heart and from then to Now I've suffered Mental stress and alot of Phycial Pain also.

-4-

(Statement of Claim continued)

Mental stress
Phycial stress
unable to eat Property and
Have serious Heart Problems
of a resualth of R.C.I and
the Doctors at R.C.I Doctor
Tedrick and Dr. Green at R.C.I
Heart Conditions that I will
suffer with all my Life.

-5-

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Do not give any legal arguments or cite any cases or statutes.)

Have a Hearing to Hear my Case of a seriousness of them giving me Med's that Kill me and Now I suffer great Pain of mental conditions and of Heart conditions the rest of my life and of a resualty they cause me to die from Medical M. Pratice of a Department that should Not have cause on a indecent Party being The Plaintiff Jerry L. McAllevett

Signed this 16th day of October, 20 15.

I declare under penalty of perjury that the foregoing is true and correct.

10-16-15
Date

Jerry L. McAllevett
Signature of Plaintiff

-6-